UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN MITCHELL FIE, individually and dba SMF GLASS CO, et al.,<br><br>Defendants. | Case No: C 10-0205 SBA<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Docket 42 |

On April 21, 2011, Plaintiffs filed a Request to Vacate Case Management Conference scheduled for May 4, 2011. Plaintiffs indicate that the matter has been referred to Magistrate Judge Joseph C. Spero for a report and recommendation on Plaintiffs' Motion for Default Judgment and no issues need to be addressed by the Court. GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for May 4, 2011 at 3:30 p.m. is VACATED. IT IS FURTHER ORDERED THAT, within fourteen (14) days of the date of this Order, Plaintiffs are directed to reschedule a Case Management Conference before this Court.

IT IS SO ORDERED.

Dated: May 2, 2011

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge